UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HALK; MICHELLE HALK-HODGKIN; and Does 1-10,<br><br>　　　　　Defendants. | No. 2:16-cv-02794-KJM-KJN<br><br><br>ORDER |

On February 28, 2017, the court granted the parties' request for an additional thirty (30) days to meet and confer regarding settlement, after which the parties were instructed to file a joint status report. ECF No. 10. Forty (40) days later, the parties have not filed a joint status report. Accordingly, the parties are ORDERED to SHOW CAUSE, within seven (7) days, why they should not be sanctioned, either in the amount of $250 each for failing to comply with court's order, or with dismissal, or both.

　　　　　IT IS SO ORDERED.

DATED: April 12, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1