UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HALK; MICHELLE HALK-HODGKIN, and DOES 1-10,<br><br>    Defendants. | No. 2:16-cv-2794-KJM-KJN<br><br><br>ORDER |

    After both parties missed their joint status report filing deadline, the court issued an order to show cause ("OSC") within seven days why the case should not be dismissed or the parties sanctioned. Order, April 12, 2017, ECF No. 11. The parties filed a joint status report the same day the court issued the OSC. ECF No. 12. Then, one week later, both parties responded to the court's OSC with a detailed explanation for the missed deadline. ECF No. 13, 14. Accordingly, the court DISCHARGES the order to show cause. Noncompliance with the court's future orders, however, will not be met with such leniency.

    IT IS SO ORDERED.

DATED: April 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

1